

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AUTOBAHN IMPORTS, L.P. D/B/A LAND ROVER OF FORT WORTH § § § v. § § JAGUAR LAND ROVER OF NORTH § AMERICA § | Case No. 4:17-cv-00499-A |

### JOINT MOTION TO EXTEND DEADLINE FOR AUTOBAHN IMPORTS, L.P. D/B/A LAND ROVER OF FORT WORTH TO FILE ITS RESPONSE TO JAGUAR LAND ROVER OF NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE JOHN MCBRYDE:

Now come Plaintiff Autobahn Imports, L.P. d/b/a Land Rover of Fort Worth ("Autobahn") and Defendant Jaguar Land Rover of North America ("JLRNA"), and file this Joint Motion to Extend Deadline for Autobahn to File its Response to JLRNA's Motion for Summary Judgment, as follows:

1.  This case was severed from cause number 4:16-CV-01172-A, styled *Autobahn Imports, L.P., d/b/a Land Rover of Fort Worth v. Jaguar Land Rover of North America, LLC* (the "01172 Suit"), to determine the amount of attorneys' fees, if any, which Autobahn is entitled to recover from JLRNA following the entry of this Court's judgment in the 01172 Suit on June 20, 2017. The parties dispute whether Autobahn is entitled to any attorneys' fees, but the parties have entered into a stipulation of fact concerning the amount of fees that Autobahn has incurred, or will incur, in the underlying proceedings. The stipulation was filed in this case on June 4, 2018 (Doc. 19).

2. On July 13, 2018, the United States Court of Appeals for the Fifth Circuit issued an opinion in Case No. 17-10737, *Autobahn Imports, L.P., d/b/a Land Rover of Fort Worth, Plaintiff-Appellee v. Jaguar Land Rover North America, L.L.C., Defendant-Appellant*, 2018 WL 3406933 (5th Cir., July 13, 2018), in which it vacated this Court's summary judgment in the 01772 case, and remanded the case to this Court.

3. Subsequently, on July 17, 2018, this Court granted the parties' Joint Motion for Extension of Time to file Motions for Summary Judgment (Doc. 22), extending the deadline to August 6, 2018. In response thereto, JLRNA timely filed its Motion for Summary Judgment on August 6, 2018 (Doc. 24).

4. However, in consideration of the rulings made by the Fifth Circuit in its July 13, 2018 opinion, this Court also issued an Order on August 6, 2018, instructing the parties to file any and all documents which may inform the Court of the desired courses of action that the parties conclude the Court should take in the above-captioned cause, on or before August 20, 2018 (Doc. 23).

5. As it stands, Autobahn's response to JLRNA's Motion for Summary Judgment will be due on August 27, 2018, pursuant to LR 7.1.

6. However, in an attempt to properly and efficiently comply with this Court's August 6, 2018 order, the parties jointly request that the deadline for Autobahn to file its response to JLRNA's Motion for Summary Judgment in this case be extended until twenty-one (21) days after the Court's August 20, 2018 deadline. This extension will establish adequate time for Autobahn to prepare a proper response once a ruling has been made on the actions or course of actions, submitted by the parties in compliance with this Court's August 6, 2018 Order.

WHEREFORE, AUTOBAHN AND JLRNA jointly request that the deadline for Autobahn to file its Response to JLRNA's Motion for Summary Judgment in this case be extended until twenty-one days after the Court's August 20, 2018 deadline, to September 17, 2018, or until otherwise ordered by the Court.

RESPECTFULLY SUBMITTED,

*/s/ Richard W. Wiseman*
Richard W. Wiseman
Texas Bar No. 21816200
rwiseman@livepad.com
Matthew B. Fronda
Texas Bar No. 24086264
mfronda@livepad.com
PADFIELD & STOUT, LLP
421 West 3rd Street, Suite 910
Fort Worth, Texas 76102
Telephone: 817.338.1616
Facsimile: 817.338.1610

*Attorneys for Plaintiff*

*/s/ Thomas J. Williams*
Thomas J. Williams
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

*Attorneys for Defendant*